**Order entered October 31, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00512-CR

**ANGELA LYNN SERNA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82217-2017**

## ORDER

Before the Court is court reporter Destiny M. Moses's October 29, 2018 request for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to file the reporter's record until **November 6, 2018**. If Ms. Moses fails to file the record by November 6, 2018, the Court may utilize its available remedies, including ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; to court reporter Destiny M. Moses; and to counsel for the parties.

/s/     LANA MYERS
        JUSTICE